FILED

08 JUL 30 AM 11:17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>David LINARES<br><br>Defendant. | Magistrate Case No.: '08 MJ 2335<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about July 29, 2008, within the Southern District of California, defendant David LINARES did knowingly and intentionally import approximately 9.40 kilograms (20.68 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30TH, DAY OF JULY 2008.

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Reed.

On July 29, 2008 at approximately 0311 hours, David LINARES entered the United States at the Calexico, California, East Port of Entry. LINARES was the driver of a 1993 Toyota Corolla. Canine Enforcement Officer (CEO) R. Navarro was conducting a pre-primary operation with his Human Narcotics Detector Dog (HNDD). The HNDD alerted to the rear trunk area of the 1993 Toyota Corolla. CEO Navarro advised primary inspector, Customs and Border Protection Officer (CBPO) G. Hernandez that his HNDD alerted to the rear of the vehicle and asked him to refer the vehicle for further inspection.

The primary inspector, CBPO Hernandez received a negative Customs declaration from LINARES. CBPO Hernandez referred LINARES and the vehicle he was driving to secondary for further inspection.

In the vehicle secondary lot, CEO Navarro performed a canine inspection of the vehicle. The canine alerted again to the spare tire of the vehicle LINARES was driving.

A subsequent inspection of the vehicle revealed six packages in the vehicle spare tire. CBPO S. Lopez probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The six packages had a combined net weight of approximately 9.40 kilograms (20.68 pounds).

*6tr*

# MAGISTRATE JUDGE INFORMATION SHEET

MAGISTRATE CASE NUMBER _____

1. Hearing Date _____ 2. AUSA _____ 3. Mag Judge  Peter C. Lewis
4. USAO # _____ 5. Agency # _____
6. Defendant #: 1   of  1   7. Case Agent  John Reed
8. Charges: 21 USC 952 / 960 Importation of CS
9. Defendant's Name: LINARES, David Gerardo   10. Social Security #: 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
11. Alias: _____ 12. Birth Date: 09/07/1977
13. Address: 14555 Saticoy St Apt 36, Van Nuys, CA 91405
14. Arrest Date: 07/29/2008   15. Place of Arrest: Calexico East POE   16. Date Committed: 07/29/2008
17. Agent(s): John Reed   18. Office Phone: _____
19. Agency: U.S. Immigration and Customs Enforcement   20. Station: _____
21. Custody: Yes  X   No ___
22. Citizenship: U.S.  X   Mex ___  Other _____
23. INS Status: Res ___ BCC ___ Illegal ___ Other _____
24. Prior Deports: _____   25. IDENT Hits: _____
26. Prior Record: None
27. Drug Usage: None   How Evidenced: _____
28. Cash on Defendant: $50.00   29. Other Evidence: _____
30. Agent's Fact Summary:
On July 29, 2008 LINARES entered the United States at the Calexico East Port of Entry driving a vehicle found to contain a marijuana load.

31. Agent's Info re: defendant (Employment, Family, Etc.) _____
32. Def. Attorney:  Appointed ___   Retained ___
33. DEFENSE ATTORNEY: _____   PHONE NUMBER: _____
34. Next Date for: PH Removal Date _____ Time _____ Detention Date _____ Time _____
35. Bond Set: _____
36. Material Witnesses Custodial Status: Custody ___   Not in Custody ___
37. MATERIAL WITNESS ATTORNEY: _____   PHONE NUMBER: _____

Court's Orders/Motions                                Government's Notes For Bail

MJ Info Sheet (lb)
11/5/04

# Defendant Locator Form
(Staple behind the Magistrate Information Sheet in front of Criminal History Info)
(Revised: 8/18/04)

## ICE – RAC Calexico (760) 353-9090

Name of Defendant  LINARES, David Gerardo _____ DOB  09/07/1977 _____

A-File Number _____ Charge   21 USC 952 / 960 Importation of CS _____

## Imperial County Jail (760) 339-6367

Arrival Date:  07/29/2008 _____ Time  0335 _____

Booking Number: __887579_____

Transport Officer: John Reed_____

Receiving Official: _____

## MCC Information  (619) 232-4311, Ext. 430 (MCC Records)

Arrival Date:  7/30/08 _____ Time _____

Booking Number: __10445-298_____

Transport Officer: __Vazquez, M._____

Receiving Official at MCC: _____

## Hospitalized Defendants

Name of Medical Center/Detox Unit: _____

Phone Number of Medical Center/Detox Unit: _____

Name of Person Receiving Defendant There: _____

Date of Hospitalization: _____Time: _____

Reason for Hospitalization: _____