✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICK L. GUZMAN |
| Date | Signature |

| Print Name | Bar Number |
|---|---|

| Address |
|---|

| City | State | Zip Code |
|---|---|---|

| Phone Number | Fax Number |
|---|---|

1 | **ERICK L. GUZMAN**
California State Bar No. 244391
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: erick_guzman@fd.org

5 | Attorneys for David Linares

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE LEO S. PAPAS)**

11 | UNITED STATES OF AMERICA,            )      Case No. 08MJ2335
                                         )
12 |                 Plaintiff,           )
                                         )
13 | v.                                   )      **CERTIFICATE OF SERVICE**
                                         )
14 | DAVID LINARES,                       )
                                         )
15 |                 Defendant.           )
 _____      )
16

17 |         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 | information and belief, and that a copy of the foregoing document has been served this day upon:

19 |                         U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
20

21 |                         Respectfully submitted,

22

23 | DATED:        August 12, 2008              /s/ Erick L. Guzman
                                            **ERICK L. GUZMAN**
24 |                                         Federal Defenders of San Diego, Inc.
                                            Attorneys for David Linares
25

26

27

28