FILED

08 AUG 27 PM 3:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury '08 CR 2877 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) <u>I N D I C T M E N T</u> |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| DAVID LINARES, | ) Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. | ) Intent to Distribute |

The grand jury charges:

<u>Count 1</u>

On or about July 29, 2008, within the Southern District of California, defendant DAVID LINARES did knowingly and intentionally import approximately 9.4 kilograms (approximately 20.68 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

GVM:fer:Imperial
8/25/08

<u>Count 2</u>

On or about July 29, 2008, within the Southern District of California, defendant DAVID LINARES did knowingly and intentionally possess, with intent to distribute, approximately 9.4 kilograms (approximately 20.68 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 27, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
GEORGE V. MANAHAN
Assistant U.S. Attorney